UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DONNA KAY HUGHES, | Civil No. 3:14-CV-05924-KLS |
| Plaintiff, | |
| vs. | ORDER ON REMAND |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including, but not limited to, the following actions:   the administrative law judge (the ALJ) will further evaluate the severity of Plaintiff's mental impairments; the ALJ will reevaluate the opinions of Dr. Dixon (Tr. 327-331), Dr. Clifford (Tr. 85-86, 89-90), and Dr. Gollogly (Tr. 98-99, 102-103); the ALJ will reevaluate Plaintiff's subjective complaints; the ALJ will reassess Plaintiff's residual functional capacity; the ALJ will further determine whether Plaintiff can perform the physical and mental demands of her past relevant work; and, if warranted, the ALJ will obtain evidence from a vocational expert to clarify

Page 1      ORDER - [3:14-CV-05924-KLS]

the effect of the assessed limitations on the occupational base at step five.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 16th day of April, 2015.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Daphne Banay
DAPHNE BANAY
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2113
Fax: (206) 615-2531
daphne.banay@ssa.gov